JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUAN PABLO DIAZ MONTESINO, | Case No. EDCV 26-2211-AS |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 13, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE